UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS – EASTERN DIVISION

| | |
|---|---|
| CHRISTIAN K. NARKIEWITZ-LAINE, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>KEVIN C. DOYLE, MICHAEL W. DOYLE., )<br>PAMELA DOYLE, JOHN T DOYLE )<br>TRUST A, JOHN T. DOYLE TRUST B, )<br>and JOHN DOES 1-5, )<br>)<br>Defendants. ) | Case No. 11 CV 1826<br><br>The Honorable Judge Der-Yeghiayan |

## MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Defendants, Kevin C. Doyle, Michael W. Doyle, Pamela Doyle, the John T. Doyle Trust A, and the John T. Doyle Trust B, by their undersigned attorneys, respectfully request that this Court grant them additional time to respond to the Complaint of Plaintiff, Christian K. Narkiewitz-Laine. In support of this Motion, Defendants state as follows:

1. Plaintiff filed his Complaint on March 16, 2011.

2. Defendants were served with the Complaint and Summons on April 7, 2011, and their response thereto is due to be filed on or before April 28, 2011.

3. Plaintiff's Complaint contains extensive allegations that Defendants need to investigate prior to filing their answer. In addition, Defendants must ascertain what affirmative defenses they may have, and confer with their counsel about the proper response to the Complaint.

4. Counsel for the Defendants have tendered the defense of this case to an insurance carrier but the carrier has not yet responded.

5. As a result, Defendants need, and respectfully request, additional time in which to respond to the Plaintiff's Complaint.

6. Defendants request an additional 28 days, or until May 30 (May 28 is a Saturday), in which to respond to Plaintiff's Complaint.

WHEREFORE, for the above and foregoing reasons, Kevin C. Doyle, Michael W. Doyle, Pamela Doyle, the John T. Doyle Trust A, and the John T. Doyle Trust B, respectfully request that this Court grant them an additional twenty-eight (28) days, or until May 30, 2011, in which to respond to Plaintiff's Complaint, and grant any such other relief as the Court deems fair and necessary under the circumstances.

> Respectfully submitted,
>
> KEVIN C. DOYLE, MICHAEL W. DOYLE, PAMELA DOYLE, JOHN C. DOYLE TRUST A, and JOHN D. DOYLE TRUST B, Defendants
>
> By:     /s/ Saskia Nora Bryan
>          One of their attorneys

Robert S. Minetz, IRDC No. 1925563
Saskia Nora Bryan, IRDC No. 6255682
LATIMER LeVAY FYOCK LLC
55 West Monroe Street, Suite 1100
Chicago, Illinois  60603
(312) 422-8000
(312) 422-8001 (Fax)