**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS – EASTERN DIVISION**

| | |
|---|---|
| CHRISTIAN K. NARKIEWITZ-LAINE, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 11 CV 1826 |
| ) | |
| KEVIN C. DOYLE, MICHAEL W. DOYLE., ) | The Honorable Judge Der-Yeghiayan |
| PAMELA DOYLE, JOHN T DOYLE ) | |
| TRUST A, JOHN T. DOYLE TRUST B, ) | |
| and JOHN DOES 1-5, ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF MOTION**

To: Certificate of Service

On Tuesday, May 3, 2011, at 9:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Samuel Der-Yeghiayan, or any judge sitting in his stead, in the Courtroom usually occupied by him in Courtroom 1903, Dirksen Federal Courthouse, 219 South Dearborn, Street, Chicago, Illinois 60604, and shall then and there present: (i) Defendants' Motion for Extension of Time to Respond to Plaintiff's Complaint, and (ii) Defendants' Motion to Transfer Pursuant to 28 U.S.C. §1401(a), copies of which are hereby served upon you.

    Respectfully submitted,

    KEVIN C. DOYLE, MICHAEL W. DOYLE,
    PAMELA DOYLE, JOHN C. DOYLE TRUST A,
    and JOHN D. DOYLE TRUST B, Defendants

    By: /s/ Saskia Nora Bryan
        One of their attorneys

Robert S. Minetz, IRDC No. 1925563
Saskia Nora Bryan, IRDC No. 6255682
LATIMER LeVAY FYOCK LLC
55 West Monroe Street, Suite 1100
Chicago, Illinois 60603
(312) 422-8000
(312) 422-8001 (Fax)