UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS – EASTERN DIVISION

| | | |
|---|---|---|
| CHRISTIAN K. NARKIEWITZ-LAINE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 11 CV 1826 |
| | ) | |
| KEVIN C. DOYLE, MICHAEL W. DOYLE., | ) | The Honorable Judge Der-Yeghiayan |
| PAMELA DOYLE, JOHN T DOYLE | ) | |
| TRUST A, JOHN T. DOYLE TRUST B, | ) | |
| and JOHN DOES 1-5, | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

I, the undersigned, do hereby certify that on April 26, 2011, I electronically filed the following documents with the Clerk of the above-referenced Court through the CM/ECF system:

1. Appearance of Robert S. Minetz;
2. Appearance of Saskia Nora Bryan;
3. Defendants' Motion for Extension of Time to Respond to Plaintiff's Complaint;
4. Defendants' Motion to Transfer Pursuant to 28 U.S.C. §1404(a);
5. Notice of Motion; and
6. Certificate of Service;

which will send notification of such filing and serve copies of the same on the following:

Christopher John Robinson – chrisrobinson@dwt.com

James M. Wolf – wolf_james@msn.com; jhwolf@wolfandtennant.com

By: /s/ Saskia Nora Bryan

Robert S. Minetz, IRDC No. 1925563
Saskia Nora Bryan, IRDC No. 6255682
LATIMER LeVAY FYOCK LLC
55 West Monroe Street, Suite 1100
Chicago, Illinois 60603
(312) 422-8000
(312) 422-8001 (Fax)