

Davis Wright
Tremaine LLP

1633 Broadway
27th Floor
New York, NY 10019-6708

**Christopher Robinson**
212.603.6441 tel
212.379.5241 fax

chrisrobinson@dwt.com

May 2, 2011

**Via ECF and By Hand**

Hon. Samuel Der-Yeghiayan
United States District Judge
Everett McKinley Dirksen United States Courthouse
219 South Dearborn Street
Chicago, IL 60604

    Re:    **Narkiewicz-Laine v. Doyle, et al. - 11-cv-1826**

Dear Judge Der-Yeghiayan:

    We are lead trial counsel for plaintiff Christian K. Narkiewicz-Laine in the above-captioned case. We write in response to the two motions filed by defendants on April 26, 2011, the first (Docket No. 17) for a 30-day extension of the time for defendants to answer or otherwise respond to the complaint, and the second (Docket No. 18) for transfer of this case to the Western Division at Rockford.

    Plaintiff has decided not to oppose either motion and hereby confirms the voice message to that effect left with your Courtroom Deputy on Friday. In light of plaintiff's non-opposition to the motion, counsel respectfully requests that it be excused appearing in person before Your Honor at the May 3 calendar call.

                                 Respectfully,

                                 Davis Wright Tremaine LLP

                                 Christopher Robinson

CR/lp

DWT 17008451v1 0092623-000001

Anchorage   New York   Seattle
Bellevue   Portland   Shanghai
Los Angeles   San Francisco   Washington, D.C.     www.dwt.com