# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Samuel Der-Yeghiayan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 11 C 1826 | **DATE** | 5/3/2011 |
| **CASE TITLE** | Christian K Narkiewicz-Laine vs. Kevin C Doyle, et al. | | |

**DOCKET ENTRY TEXT**

Defendants Kevin C Doyle, Michael W Doyle, Pamela Doyle, John T. Doyle Trust A, and John T. Doyle Trust B's motion for extension of time to file answer or other wise plead [17] is granted to and including 05/31/11 without objection. Defendants Kevin C Doyle, Michael W Doyle, Pamela Doyle, John T. Doyle Trust A, and John T. Doyle Trust B's motion to transfer case [18] is granted without objection. The instant action is hereby ordered transferred to the United States District Court for the Northern District of Illinois, Western Division, forthwith. Noticed motion date of 05/03/11, before this Court, is stricken.

Docketing to mail notices.

| | Courtroom Deputy Initials: | maw |
|---|---|---|