

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### 219 SOUTH DEARBORN STREET
### CHICAGO, ILLINOIS 60604

**MICHAEL W. DOBBINS**  May 4, 2011  **OFFICE OF THE CLERK**
**CLERK**  (312) 435-5691

Julia Mitchell
U.S.D.C. Northern District of Illinois
 Western Division
U.S. Courthouse
211 S. Court Street
Rockford, IL 61101


RE:  Narkiewicz-Laine v. Doyle et al

Case No.  11 C 1826

Dear Ms. Julia Mitchell:


Enclosed is the certified electronic record which is being transferred to your court pursuant to an order entered on dated May 3, 2011 by the Honorable Samuel Der-Yeghiayan.

Please acknowledge receipt on the enclosed copy of this letter.

>Sincerely yours,
>
>Michael W. Dobbins, Clerk
>
>
>By    s/Haydee Pawlowski
>          Deputy Clerk