# UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS – WESTERN DIVISION

| | | |
|---|---|---|
| CHRISTIAN K. NARKIEWITZ-LAINE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 11 CV 1826 |
| | ) | |
| KEVIN C. DOYLE, MICHAEL W. DOYLE., | ) | The Honorable Judge Philip G. Reinhard |
| PAMELA DOYLE, JOHN T DOYLE | ) | |
| TRUST A, JOHN T. DOYLE TRUST B, | ) | Magistrate Judge P. Michael Mahoney |
| and JOHN DOES 1-5, | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that on May 31, 2011, I electronically filed the following documents with the Clerk of the above-referenced Court through the CM/ECF system:

1. Answer to Plaintiff's Complaint;
2. Notice of Filing; and
3. Certificate of Service;

which will send notification of such filing and serve copies of the same on the following:

Christopher John Robinson – chrisrobinson@dwt.com

James M. Wolf – wolf_james@msn.com;

James H. Wolf - jhwolf@wolfandtennant.com

                Respectfully submitted,

                KEVIN C. DOYLE, MICHAEL W. DOYLE,
                PAMELA DOYLE, JOHN T. DOYLE TRUST A,
                and JOHN T. DOYLE TRUST B, Defendants

                By:    /s/ Saskia Nora Bryan
                        One of their attorneys

Robert S. Minetz, IRDC No. 1925563
Saskia Nora Bryan, IRDC No. 6255682
LATIMER LeVAY FYOCK LLC
55 West Monroe Street, Suite 1100
Chicago, Illinois 60603
(312) 422-8000

David P. Faulkner
FAULKNER LAW FIRM
6832 Stalter Drive
Rockford, Illinois 61108
(815) 963-8050