# UNITED STATES DISTRICT COURT
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2**
**Eastern Division**

Christian K Narkiewicz–Laine

                                  Plaintiff,

v.                                                      Case No.: 1:11–cv–01826
                                                           Honorable Philip G. Reinhard

Kevin C Doyle, et al.

                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 22, 2011:

      MINUTE entry before Honorable P. Michael Mahoney: Status hearing held on 6/22/2011. Status hearing set for 8/3/2011 at 01:30 PM. (glg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.