UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS – WESTERN DIVISION

| | |
|---|---|
| CHRISTIAN K. NARKIEWITZ-LAINE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 11 CV 1826 |
| ) | |
| KEVIN C. DOYLE, MICHAEL W. DOYLE., ) | The Honorable Judge Philip G. Reinhard |
| PAMELA DOYLE, JOHN T DOYLE ) | |
| TRUST A, JOHN T. DOYLE TRUST B, ) | Magistrate Judge P. Michael Mahoney |
| and JOHN DOES 1-5, ) | |
| ) | |
| Defendants. ) | |

## STIPULATION OF ALL PARTIES
## TO SET CASE MANAGEMENT CONFERENCE

Plaintiff, Christian K. Narkiewitz-Laine, and Defendants, Kevin C. Doyle, Michael W. Doyle, Pamela Doyle, John T. Doyle Trust A and John T. Doyle Trust B, by their respective undersigned attorneys, stipulate and agree as follows:

1. This matter is set for a status hearing on August 3, 2011, at 1:30 PM.

2. The purpose of this status hearing is to set a date for the case management conference.

3. Counsel for Plaintiff and Defendants have agreed to hold the case management conference any day that is convenient for the Court during the week of August 15, or on August 22 or 23.

4. Counsel for Plaintiff and Defendants intend to meet and confer before such case management conference so as to discuss, and hopefully agree to, a proposed discovery schedule to present to the Court in advance of such case management conference.

5. In light of this, counsel for Plaintiffs and Defendants respectfully request that this Court cancel the status hearing set for August 3, 2011, and instead set a date for the case

management conference on either August 15, 16, 17, 18, 19, 22, or 23, in accordance with the Court's schedule and availability.

**STIPULATED AND AGREED TO IN FORM AND SUBSTANCE:**

| *Counsel for Plaintiff:* | *Counsel for Defendants:* |
|---|---|
| /s/ Christopher John Robinson<br>Christopher John Robinson<br>Marcia B. Paul<br>DAVIS WRIGHT TREMAINE LLP<br>1633 Broadway, 27th floor<br>New York, New York 10019<br>(212) 489-8230<br><br>James H. Wolf<br>WOLF & TENNANT<br>33 North Dearborn, Suite 800<br>Chicago, Illinois 60602<br>(312) 739-0300 | /s/ Saskia Nora Bryan<br>Saskia Nora Bryan, IRDC No. 6255682<br>Robert S. Minetz, IRDC No. 1925563<br>LATIMER LeVAY FYOCK LLC<br>55 West Monroe Street, Suite 1100<br>Chicago, Illinois 60603<br>(312) 422-8000<br><br>David P. Faulkner<br>FAULKNER LAW FIRM<br>6832 Stalter Drive<br>Rockford, Illinois 61108<br>(815) 963-8050 |

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that on July 29, 2011, I electronically filed the foregoing document with the Clerk of the above-referenced Court through the CM/ECF system which will send notification of such filing and serve copies of the same on all parties of record by operation of the CM/ECF system.

                /s/ Saskia Nora Bryan