Christian K Narkiewicz–Laine
           Plaintiff,

v.                Case No.: 1:11–cv–01826
               Honorable Philip G. Reinhard

Kevin C Doyle, et al.
           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 19, 2011:

  MINUTE entry before Honorable P. Michael Mahoney: Initial Pretrial conference held on 8/19/2011. Case management order approved. FRCP 26(a)(1) disclosure due 9/2/11. FRCP 26(a)(2) reserved. Depositions limited to 5 hours. Amended Pleadings due by 9/30/2011. Fact Discovery ordered closed by 12/30/2011. Dispositive Motions due by 2/10/2012. Settlement Conference set for 10/27/2011 at 01:30 PM. 3 page settlement document to be submitted to chambers by 10/26/11. (glg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.