IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| CHRISTIAN K. NARKIEWICZ-LAINE, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 11 CV 1826 |
| | ) | |
| -against- | ) | The Honorable Magistrate Judge |
| | ) | P. Michael Mahoney |
| KEVIN C. DOYLE, MICHAEL W. DOYLE., | ) | |
| PAMELA DOYLE, JOHN T. DOYLE TRUST | ) | |
| A, JOHN T. DOYLE TRUST B, and JOHN | ) | |
| DOES 1-5 | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

**TO:** Robert S. Minetz
Saskia Nora Bryan
LATIMER LeVAY FYOCK LLC
55 West Monroe Street, Suite 1100
Chicago, Illinois 60603
(312) 422-8000 (Tel)
(312) 422-8001 (Fax)

**PLEAST TAKE NOTICE** that on _____ at _____, or as soon thereafter as I may be heard, I shall appear before the Honorable Magistrate Judge P. Michael Mahoney or any judge sitting in his stead, in **Courtroom 206** of the U.S. District Court of the Northern District of Illinois, Western Division, 211 South Court Street, Rockford, Illinois and shall present **the following motion attached hereto**:

**MOTION TO FILE FIRST AMENDED COMPLAINT**

### CERTIFICATE OF SERVICE

I hereby certify that on _September 28, 2011_, I provided service to the person or persons listed above by the following means: _ECF and Federal Express_
Signature: _/s/_ Date: _9/28/11_
Name (Print): _Christopher Robinson_
Address: _Davis Wright Tremaine LLP_ Phone: _212-489-8230_
_1633 Broadway, NY NY 10019_