UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS – WESTERN DIVISION

| | | |
|---|---|---|
| CHRISTIAN K. NARKIEWITZ-LAINE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 11 CV 1826 |
| | ) | |
| KEVIN C. DOYLE, MICHAEL W. DOYLE., | ) | The Honorable Judge Philip G. Reinhard |
| PAMELA DOYLE, JOHN T DOYLE | ) | |
| TRUST A, JOHN T. DOYLE TRUST B, | ) | Magistrate Judge P. Michael Mahoney |
| and JOHN DOES 1-5, | ) | |
| | ) | |
| Defendants. | ) | |

**AGREED MOTION TO EXTEND FACT DISCOVERY AND
DISPOSITIVE MOTION DEADLINES**

Defendants, Kevin C. Doyle, Michael W. Doyle, Pamela Doyle, the John T. Doyle Trust A, and the John T. Doyle Trust B, by their undersigned attorneys, and with the agreement of Plaintiff, Christian K. Narkiewitz-Laine, respectfully request that this Honorable Court extend the deadline by which the parties hereto are to complete fact discovery in this matter, and the deadline by which they are to file any dispositive motions. In support of this motion, Defendants state as follows:

1. This Court previously entered an Order in which it set several deadlines for the progression of this matter toward trial. (Dkt. no. 39.) Specifically, this Court ordered that: (i) fact discovery (written and oral) be completed by March 1, 2012; and (ii) all dispositive motions be filed by April 2, 2012.

2. The parties have both been actively completing discovery in this matter. Voluminous written discovery has been exchanged, and the parties are preparing to proceed with oral discovery.

3. There is a related matter (Case no. 11 MR 27) currently pending in the Illinois

Circuit Court of the Fifteenth Judicial Circuit, arising out of whether the Defendants are covered by their insurance policy for Plaintiff's claims herein. That matter had been scheduled for hearing on cross-motions for summary judgment on February 6, 2012. Unfortunately, hearing did not take place that day due to the judge recusing himself from hearing the case. The matter has been reassigned, but is set for a status hearing only, on March 22, 2012.

    4.    Defendants anticipate needing some additional time in which to complete fact discovery, and a corresponding extension of the time in which to file dispositive motions. In addition, Plaintiff's counsel anticipates being unavailable for over a week in March, which will truncate the amount of time the parties have to conduct depositions.

    5.    As a result, Defendants request that this Court extend the fact discovery cut-off date by a period of 5 weeks, or to April 6, 2012, and that the deadline for filing dispositive motions be extended to May 4, 2012, correspondingly.

    6.    Defendants' counsel spoke to Plaintiff's counsel and was advised that Plaintiff has no objection to the relief requested in this motion.

    7.    There is currently no trial date set in this matter, so extending these deadlines will not affect any other scheduling orders.

    WHEREFORE, for the above and foregoing reasons, Defendants, Kevin C. Doyle, Michael W. Doyle, Pamela Doyle, the John T. Doyle Trust A, and the John T. Doyle Trust B, with the agreement of Plaintiff, Christian Narkiewitz-Laine, request that this Court:

    (a) Extend the deadline to complete fact discovery from March 1, 2012, to April 6, 2012;

    (b) Extend the deadline by which the parties are to file any dispositive motions from April 2, 2012, to May 4, 2012; and

(c) order any such other relief as the Court deems fair and necessary under the circumstances.

          Respectfully submitted,

          KEVIN C. DOYLE, MICHAEL W. DOYLE, PAMELA DOYLE, JOHN C. DOYLE TRUST A, and JOHN D. DOYLE TRUST B, Defendants

          By: /s/ Saskia Nora Bryan
               One of their attorneys

Robert S. Minetz, IRDC No. 1925563
Saskia Nora Bryan, IRDC No. 6255682
LATIMER LeVAY FYOCK LLC
55 West Monroe Street, Suite 1100
Chicago, Illinois 60603
(312) 422-8000
(312) 422-8001 (Fax)