# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

Christian K Narkiewicz–Laine

                              Plaintiff,

v.                                                              Case No.: 1:11–cv–01826
                                                                    Honorable Philip G. Reinhard

Kevin C Doyle, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 21, 2012:

      MINUTE entry before Honorable P. Michael Mahoney: Telephonic Discovery hearing held on 2/21/2012. Defendant's Motion for extension of time to complete discovery [43] is granted. Fact Discovery ordered closed by 4/6/2012. Dispositive Motions due by 5/4/2012. Telephonic Discovery Hearing set for 4/6/2012 at 09:45 AM. Telephoned notice(glg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.