**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS – EASTERN DIVISION**

| | |
|---|---|
| CHRISTIAN K. NARKIEWITZ-LAINE, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 11 CV 1826 |
| ) | |
| KEVIN C. DOYLE, MICHAEL W. DOYLE., ) | The Honorable Judge Der-Yeghiayan |
| PAMELA DOYLE, JOHN T DOYLE ) | |
| TRUST A, JOHN T. DOYLE TRUST B, ) | |
| and JOHN DOES 1-5, ) | |
| ) | |
| Defendants. ) | |

**STIPULATION TO DISMISS PARTY DEFENDANT MICHAEL W. DOYLE**

Plaintiff, Christian K. Narkiewitz-Laine, by his undersigned attorney, with the agreement and consent of Defendants, Kevin C. Doyle, Michael W. Doyle, Pamela Doyle, John T. Doyle Trust A, and John T. Doyle Trust B, by their undersigned attorneys, hereby stipulates, pursuant to Federal Rule of Civil Procedure 41(a)(A)(ii), that:

All Plaintiff's claims and causes of action against Defendant MICHAEL W. DOYLE, personally and individually, are dismissed voluntarily and with prejudice.

**STIPULATED AND AGREED TO IN FORM AND SUBSTANCE:**

| | |
|---|---|
| CHRISTIAN K. NARKIEWITZ-LAINE, | KEVIN C. DOYLE, MICHAEL W. DOYLE, PAMELA DOYLE, JOHN T. DOYLE TRUST A, and JOHN T. DOYLE TRUST B, |
| By:    /s/ Christopher J. Robinson         | |
|         One of his attorneys | By:    /s/ Saskia Nora Bryan                |
| | One of their attorneys |
| Christopher J. Robinson | |
| DAVIS WRIGHT TREMAINE LLP | Saskia Nora Bryan |
| 1633 Broadway | LATIMER LeVAY FYOCK LLC |
| New York, New York 10019 | 55 West Monroe Street, Suite 1100 |
| | Chicago, Illinois  60603 |

## CERTIFICATE OF SERVICE

      I, the undersigned, do hereby certify that on June 8, 2012, I electronically filed the foregoing document with the Clerk of the above-referenced Court through the CM/ECF system, which will send notification of such filing and serve copies of the same on the following:

Christopher John Robinson – chrisrobinson@dwt.com

James M. Wolf – wolf_james@msn.com; jhwolf@wolfandtennant.com

                      By: /s/ Saskia Nora Bryan

Robert S. Minetz, IRDC No. 1925563
Saskia Nora Bryan, IRDC No. 6255682
LATIMER LeVAY FYOCK LLC
55 West Monroe Street, Suite 1100
Chicago, Illinois 60603
(312) 422-8000
(312) 422-8001 (Fax)

David P. Faulkner
FAULKNER LAW FIRM
6832 Stalter Drive
Rockford, Illinois 61108
(815) 963-8050