
Davis Wright
Tremaine LLP

27th Floor
1633 Broadway
New York, NY 10019-6708

**Christopher J. Robinson**
212-603-6441 tel
212-489-8340 fax

chrisrobinson@dwt.com

June 8, 2012

Hon. Magistrate Judge P. Michael Mahoney
United States District Court
Northern District of Illinois
Rockford Courthouse
211 South Court Street
Rockford, IL 61101

Re: *Narkiewicz-Laine v. Doyle, et al.* – 11-cv-1826

Dear Judge Mahoney:

We represent the plaintiff, Mr. Narkiewicz-Laine, in the above-captioned action. We write with the consent of defendants' counsel to request a brief extension of the deadline to file dispositive motions so that we may file our motion for partial summary judgment.

Now that fact discovery has closed, the deadline to file dispositive motions is June 15, 2012. Plaintiff has already indicated his intention to file for partial summary judgment with respect to liability on the state statutory and common law claims. Meanwhile, on June 4, 2012, Judge Gunnarson granted the Doyle's motion for judgment on the pleadings in the ancillary action against Country Mutual Insurance Company with respect to Country Mutual's duty to defend the Doyles in the present suit. We have not yet had any indication whether Country mutual intends to appeal that decision.

Plaintiff respectfully requests a two week extension of time to file a dispositive motion until June 29, 2012. Defendants' counsel have consented to the extension.

Respectfully,

Christopher J. Robinson

CJR/lp
cc: Counsel of Record.

___

So Ordered

Anchorage    New York        Seattle
Bellevue     Portland        Shanghai
Los Angeles  San Francisco   Washington, D.C.

www.dwt.com