# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 11 C 1826 | **DATE** | 6/27/2012 |
| **CASE TITLE** | Narkiewicz-Laine v. Doyle et al | | |

**DOCKET ENTRY TEXT:**

Pursuant to Stipulation [48], Michael W. Doyle is dismissed as a defendant with prejudice. This case remains pending as to all other parties.

*Philip G. Reinhard*

Electronic Notices.

| | Courtroom Deputy | JT |
|---|---|---|