# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

---

CHRISTIAN K. NARKIEWICZ-LAINE,

        Plaintiff,

    - against -

KEVIN C. DOYLE, MICHAEL W. DOYLE, PAMELA DOYLE, JOHN T. DOYLE TRUST A and JOHN T. DOYLE TRUST B, and JOHN DOES 1-5

        Defendants.

NO.:11 CV 1826

THE HONORABLE JUDGE PHILIP G. REINHARD

MAGISTRATE JUDGE P. MICHAEL MAHONEY

---

## DEFENDANT'S AGREED MOTION
## TO FILE AN OVERSIZED BRIEF

Pursuant to Local Rule 7-1, plaintiff Christian K. Narkiewicz-Laine ("Narkiewicz-Laine") respectfully moves the Court for leave to file a Memorandum of Law in Support of his Motion for Partial Summary Judgment ("Brief") that exceeds the 15-page limit established by Local Rule 7-1. Defendants have agreed to Narkiewicz-Laine's request to exceed the page limit by five (5) pages for a total of twenty (20) pages.

Good cause exists for Narkiewicz-Laine's request for additional pages. Plaintiff is moving for summary judgment on liability on two separate counts. Further, the Brief will quote

from the deposition testimony in the record. Pursuant to Local Rule 7-1, Narkiewicz-Laine therefore requests that this Court issue an Order approving its filing of an oversized brief.

Dated: New York, New York
June 29, 2012

        Respectfully submitted,

        DAVIS WRIGHT TREMAINE LLP

        By: /s/ Christopher Robinson
            Christopher J. Robinson
            Marcia B. Paul
        1633 Broadway 27th floor
        New York, New York 10019
        (212) 489-8230
        *Primary and Trial Counsel for Plaintiff*

        James H. Wolf
        James M. Wolf
        WOLF & TENNANT
        33 North Dearborn, suite 800
        Chicago, Illinois 60602
        (312) 739-0300.

        *Local Counsel for Plaintiff*

IT IS SO ORDERED.

DATED: June ___, 2012

        _____
        P. MICHAEL MAHONEY
        UNITED STATES MAGISTRATE JUDGE