UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

------------------------------------------------------------x
CHRISTIAN K. NARKIEWICZ-LAINE,

        Plaintiff,

   - against -

KEVIN C. DOYLE, MICHAEL W. DOYLE, PAMELA DOYLE, JOHN T. DOYLE TRUST A and JOHN T. DOYLE TRUST B, and JOHN DOES 1-5

        Defendants.
------------------------------------------------------------x

NO.:11 CV 1826

THE HONORABLE JUDGE PHILIP G. REINHARD

MAGISTRATE JUDGE P. MICHAEL MAHONEY

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on _____, 2012, at 9:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before Magistrate Judge P. Michael Mahoney or any judge sitting in his stead, and then and there present the Motion for Partial Summary Judgment on Counts III and IV of the Amended Complaint, a true and accurate copy of which is attached hereto and hereby served upon you.

Dated: New York, New York
       June 29, 2012

                            Respectfully submitted,

                            DAVIS WRIGHT TREMAINE LLP

                            By:/s/Christopher Robinson
                               Christopher J. Robinson
                            1633 Broadway 27th floor
                            New York, New York 10019
                            (212) 489-8230
                            *Primary and Trial Counsel for Plaintiff*

James H. Wolf
James M. Wolf
WOLF & TENNANT
33 North Dearborn, suite 800
Chicago, Illinois 60602
(312) 739-0300.

*Local Counsel for Plaintiff*

DWT 19869626v1 0092623-000001

## CERTIFICATE OF SERVICE

I, Christopher Robinson, hereby certify that I caused the foregoing Notice of Motion to be served via the Court's CM/ECF filing system on June 29, 2012, on the following:

    Robert Stephen Minetz
    Saskia Nora Bryan, Esq.
    Latimer LeVay Fyock LLC
    55 West Monroe Street, Suite 1100
    Chicago, Illinois 60603
    (312) 422-8000

    David P. Faulkner
    Faulkner Law Firm
    6832 Stalter Drive
    Rockford, IL 61108-2585
    815-963-8050

*Attorneys for Defendants*

                _____
                    Christopher Robinson