UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

---------------------------------------------------------------- x

CHRISTIAN K. NARKIEWICZ-LAINE,

          Plaintiff,

    - against -

KEVIN C. DOYLE, MICHAEL W. DOYLE,
PAMELA DOYLE, JOHN T. DOYLE TRUST
A and JOHN T. DOYLE TRUST B, and JOHN
DOES 1-5

          Defendants.

---------------------------------------------------------------- x

NO.: 11 CV 1826

THE HONORABLE JUDGE PHILIP G. REINHARD

MAGISTRATE JUDGE P. MICHAEL MAHONEY

## **DECLARATION OF IOANNIS KARALIAS**

IOANNIS KARALIAS hereby declares as follows:

1. I have personal knowledge of the facts and circumstances set forth in this Declaration and, if called as a witness, could and will testify to these facts and circumstances under oath.

2. I am the Vice President of the Chicago Athenaeum, which now has its main administrative offices in Galena, Illinois (the "Museum").

3. I have known Christian Narkiewicz-Laine ("Narkiewicz-Laine"), the Museum President, for over thirty years.

4. In early 2004, Narkiewicz-Laine rented a second floor space (the "Premises") at 125 S. Main Street to store his belongings and to use as a studio/workspace.

5. The Premises was particularly convenient because it was located down a short pathway from a Museum-occupied building on Bench Street. It had a back entrance which

meant we could access the space from the Museum building without going all the way around to the front door on S. Main Street.

6. In 2004 and 2005 I helped Narkiewicz-Laine, transport a large number of his paintings, exhibition photographs, antiques and other personal possessions from storage in the Chicago area to Galena.

7. I personally placed most of these works into the Premises.

8. I am personally familiar with most of the works of art and antiques I placed in the Premises and I identified them as I placed them in the Premises.

9. Among the many paintings, photographs and other works of art by Narkiewicz-Laine were a group of large works, some on panel some on canvas, that he had shown in an exhibition of his work in Naxos, Greece in 2002 called "Nordic Visions." Among those works were two paintings on photographs laid down on board entitled *Father, Son and Holy Ghost* and *The Universe is Burning*.

10. Although I spend a lot of time abroad, I am quite frequently in Galena on Museum business and on average visited the Premises two or three times per year.

11. From time to time over the following years I would place other items by and/or belonging to Narkiewicz-Laine into the Premises as they were acquired or as they were brought to Galena following exhibitions in the United States and abroad.

12. Most of these items were placed in the Premises for safe keeping in the boxes, packages or bags in which they were transported. Most of the items were packed unframed or, in the case of paintings on canvas, rolled for ease of shipping.

DWT 19844156v1 0092623-000001

13. From time to time over the following years I would also place other items, owned by me or jointly by Narkieiwcz-Laine and myself, into the Premises as they were acquired or as they were brought to Galena following exhibitions in the United States and abroad.

14. To enter the Premises, I used the key that was kept by the Museum registrar at the Museum. I made sure to return the key each time.

15. I was last in the Premises in late May or early June 2010 for a brief period and noticed nothing clearly amiss. I specifically remember seeing the two paintings *Father, Son and Holy Ghost* and *The Universe is Burning* leaning on a wall in the Premises.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 28, 2012

_____
IOANNIS KARALIAS