UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

―――――――――――――――――――――――― x
CHRISTIAN K. NARKIEWICZ-LAINE, :
:
            Plaintiff, :
:
   - against - :
: NO.:11 CV 1826
KEVIN C. DOYLE, MICHAEL W. DOYLE, :
PAMELA DOYLE, JOHN T. DOYLE TRUST : THE HONORABLE JUDGE PHILIP
A and JOHN T. DOYLE TRUST B, and JOHN : G. REINHARD
DOES 1-5 :
: MAGISTRATE JUDGE P. MICHAEL
            Defendants. : MAHONEY
:
:
―――――――――――――――――――――――― x

**DEFENDANT'S AGREED MOTION
TO FILE AN OVERSIZED BRIEF**

     Pursuant to Local Rule 7-1, plaintiff Christian K. Narkiewicz-Laine ("Narkiewicz-Laine") respectfully moves the Court for leave to file a Memorandum of Law in Support of his Motion for Partial Summary Judgment ("Brief") that exceeds the 15-page limit established by Local Rule 7-1. Defendants have agreed to Narkiewicz-Laine's request to exceed the page limit by five (5) pages for a total of twenty (20) pages.

     Good cause exists for Narkiewicz-Laine's request for additional pages. Plaintiff is moving for summary judgment on liability on two separate counts. Further, the Brief will quote

from the deposition testimony in the record.  Pursuant to Local Rule 7-1, Narkiewicz-Laine

therefore requests that this Court issue an Order approving its filing of an oversized brief.

Dated: New York, New York
       June 29, 2012

                                               Respectfully submitted,

                                               DAVIS WRIGHT TREMAINE LLP

                                               By:/s/ Christopher Robinson
                                                   Christopher J. Robinson
                                                   Marcia B. Paul
                                             1633 Broadway 27th floor
                                             New York, New York 10019
                                             (212) 489-8230
                                             *Primary and Trial Counsel for Plaintiff*

                                             James H. Wolf
                                             James M. Wolf
                                             WOLF & TENNANT
                                             33 North Dearborn, suite 800
                                             Chicago, Illinois 60602
                                             (312) 739-0300.

                                             *Local Counsel for Plaintiff*

IT IS SO ORDERED.

DATED:  June ___, 2012

                                             _____
                                             P. MICHAEL MAHONEY
                                             UNITED STATES MAGISTRATE JUDGE