UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

---------------------------------------------------------------x

CHRISTIAN K. NARKIEWICZ-LAINE,

        Plaintiff,

  - against -

KEVIN C. DOYLE, MICHAEL W. DOYLE, PAMELA DOYLE, JOHN T. DOYLE TRUST A and JOHN T. DOYLE TRUST B, and JOHN DOES 1-5

        Defendants.

---------------------------------------------------------------x

NO.:11 CV 1826

THE HONORABLE JUDGE PHILIP G. REINHARD

MAGISTRATE JUDGE P. MICHAEL MAHONEY

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on _____, 2012, at 9:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Magistrate Judge P. Michael Mahoney or any judge sitting in his stead, and then and there present the Agreed Motion to File an Oversized Brief, a true and accurate copy of which is attached hereto and hereby served upon you.

Dated: New York, New York
       June 29, 2012

                          Respectfully submitted,

                          DAVIS WRIGHT TREMAINE LLP

                          By:/s/Christopher Robinson
                             Christopher J. Robinson
                          1633 Broadway 27th floor
                          New York, New York 10019
                          (212) 489-8230
                          *Primary and Trial Counsel for Plaintiff*

James H. Wolf
James M. Wolf
WOLF & TENNANT
33 North Dearborn, suite 800
Chicago, Illinois 60602
(312) 739-0300.

*Local Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I, Christopher Robinson, hereby certify that I caused the foregoing Notice of Motion to be served via the Court's CM/ECF filing system on June 29, 2012, on the following:

>Robert Stephen Minetz
>Saskia Nora Bryan, Esq.
>Latimer LeVay Fyock LLC
>55 West Monroe Street, Suite 1100
>Chicago, Illinois 60603
>(312) 422-8000
>
>David P. Faulkner
>Faulkner Law Firm
>6832 Stalter Drive
>Rockford, IL 61108-2585
>815-963-8050
>
>*Attorneys for Defendants*

_____
Christopher Robinson