# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

Christian K Narkiewicz–Laine

                               Plaintiff,

v.                                                                  Case No.: 1:11–cv–01826
                                                                             Honorable Philip G. Reinhard

Kevin C Doyle, et al.

                               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 2, 2012:

      MINUTE entry before Honorable P. Michael Mahoney: Telephonic Discovery hearing held on 7/2/2012. Plaintiff's Motion for leave to file excess pages [53][61](20 pages) are granted. Plaintiff's MOTION for summary judgment [55] is taken under advisement. Set deadlines as to motion for summary judgment[55] : Responses due by 8/7/2012 Replies due by 8/31/2012. If a party is not going to file a brief in response or reply, it is the obligation of that party, within the time frame established by this order, to so notify the court in writing. Defendant shall comply with FRCP(26)(a)(2) by 7/31/12. Telephonic Discovery Hearing set for 7/31/2012 at 10:00 AM. Mailed notice(glg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.