# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 11 C 1826 | **DATE** | 7/10/2012 |
| **CASE TITLE** | Narkiewicz-Laine vs. Doyle | | |

**DOCKET ENTRY TEXT:**

Plaintiff is ordered to file within 2 days (both e-file and a judge's copy) his motion for summary judgment. Although plaintiff submitted a memorandum and materials in support of his summary judgment motion, he neglected to file the motion itself. Because he presented the motion before the Magistrate Judge, it is unnecessary to present the motion again. Further, the briefing schedule set by the Magistrate Judge will stand.

*Philip G. Reinhard*

Electronic Notices.

| | Courtroom Deputy Initials: | LC |
|---|---|---|