**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

------------------------------------------------------------- x
CHRISTIAN K. NARKIEWICZ-LAINE,  :
:
              Plaintiff, :
:
     - against - :
: NO.:11 CV 1826
KEVIN C. DOYLE, MICHAEL W. DOYLE, :
PAMELA DOYLE, JOHN T. DOYLE TRUST : THE HONORABLE JUDGE PHILIP
A and JOHN T. DOYLE TRUST B, and JOHN : G. REINHARD
DOES 1-5 :
: MAGISTRATE JUDGE P. MICHAEL
              Defendants. : MAHONEY
:
:
------------------------------------------------------------- x

**PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

     Pursuant to Fed. R. Civ. P. 56, Plaintiff Christian K. Narkiewicz-Laine ("Narkiewicz-Laine") hereby moves for partial summary judgment with respect to liability only on Counts III (Violation of the Forcible Entry and Detainer Act, 735 ILCS 5/9-101, et seq.) and IV (Conversion) of the First Amended Complaint.

     Plaintiff makes this motion at the close of fact discovery. There is no disputed issue of material fact that defendants the John T. Doyle Trust A and Trust B (the "Trusts") as owners of the building at 125 South Main Street, Galena, Illinois and landlord to tenant Narkiewicz-Laine, and defendants Kevin Doyle as trustee of the Trusts and Pamela Doyle as their agent, evicted Narkiewicz-Laine from the rented Premises without following any of the notice, pleading, judgment, or enforcement requirements of Illinois' Forcible Entry and Detainer Act, committed a trespass in violation of the statute, and are therefore liable for damages therefrom, the amount of which to be determined at trial.

Further, by wrongfully assuming dominion and control over all of Narkiewicz-Laine's possessions located in the Premises and by destroying or causing to be destroyed many of those possessions, Defendants are liable to Narkiewicz-Laine for conversion of the entire contents of the Premises, the complete identity and value of such contents to be determined at trial.

For the reasons set forth in the accompanying Memorandum of Law; Declarations of Narkiewicz-Laine, Ioannis Karalias, and Christopher Robinson, with accompanying exhibits; and Rule 56.1 Statement of Undisputed Facts, Plaintiff is entitled to judgment as a matter of law. Accordingly, Narkiewicz-Laine respectfully requests that the Court grant his motion and enter partial summary judgment for Plaintiff.

Dated: New York, New York
July 10, 2012

        Respectfully submitted,

        DAVIS WRIGHT TREMAINE LLP

        By:/s/Christopher Robinson
            Christopher J. Robinson
        1633 Broadway 27th floor
        New York, New York 10019
        (212) 489-8230
        *Primary and Trial Counsel for Plaintiff*

        James H. Wolf
        James M. Wolf
        WOLF & TENNANT
        33 North Dearborn, suite 800
        Chicago, Illinois 60602
        (312) 739-0300.

        *Local Counsel for Plaintiff*