# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

|  |  |
|---|---|
| CHRISTIAN K. NARKIEWICZ-LAINE, | |
| Plaintiff, | NO.:11 CV 1826 |
| - against - | THE HONORABLE JUDGE PHILIP G. REINHARD |
| KEVIN C. DOYLE, MICHAEL W. DOYLE, PAMELA DOYLE, JOHN T. DOYLE TRUST A and JOHN T. DOYLE TRUST B, and JOHN DOES 1-5 | MAGISTRATE JUDGE P. MICHAEL MAHONEY |
| Defendants. | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Tuesday August 14, 2012, at 10:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before Magistrate Judge P. Michael Mahoney or any judge sitting in his stead, via previously scheduled teleconference, and then and there present Plaintiff's Motion to File a Second Amended Complaint, a true and accurate copy of which, along with a copy of the proposed complaint, is attached hereto and hereby served upon you.

Dated: New York, New York
July 26, 2012

Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP

By:/s/Christopher Robinson
    Christopher J. Robinson

1633 Broadway 27th floor
New York, New York 10019
(212) 489-8230

*Primary and Trial Counsel for Plaintiff*

James H. Wolf
James M. Wolf
WOLF & TENNANT
33 North Dearborn, suite 800
Chicago, Illinois 60602
(312) 739-0300.

*Local Counsel for Plaintiff*