UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS – WESTERN DIVISION

| | |
|---|---|
| CHRISTIAN K. NARKIEWITZ-LAINE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 11 CV 1826 |
| ) | |
| KEVIN C. DOYLE, MICHAEL W. DOYLE., ) | The Honorable Judge Philip G. Reinhard |
| PAMELA DOYLE, JOHN T DOYLE ) | |
| TRUST A, JOHN T. DOYLE TRUST B, ) | Magistrate Judge P. Michael Mahoney |
| and JOHN DOES 1-5, ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that on August 3, 2012, I electronically filed the following documents with the Clerk of the above-referenced Court through the CM/ECF system:

1. Defendants' Motion for Extension of Time to Respond to Plaintiff's Motion for Partial Summary Judgment;
2. Notice of Motion; and
3. Certificate of Service;

which will send notification of such filing and serve copies of the same on the following:

    Christopher John Robinson – chrisrobinson@dwt.com
    James M. Wolf – wolf_james@msn.com;
    James H. Wolf - jhwolf@wolfandtennant.com

    Respectfully submitted,

    KEVIN C. DOYLE, PAMELA DOYLE,
    JOHN T. DOYLE TRUST A, and
    JOHN T. DOYLE TRUST B, Defendants

    By:   /s/ Saskia Nora Bryan
         One of their attorneys

Robert S. Minetz, IRDC No. 1925563
Saskia Nora Bryan, IRDC No. 6255682
LATIMER LeVAY FYOCK LLC
55 West Monroe Street, Suite 1100
Chicago, Illinois 60603
(312) 422-8000

David P. Faulkner
FAULKNER LAW FIRM
6832 Stalter Drive
Rockford, Illinois 61108
(815) 963-8050