UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS – EASTERN DIVISION

| | |
|---|---|
| CHRISTIAN K. NARKIEWITZ-LAINE, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 11 CV 1826 |
| ) | |
| KEVIN C. DOYLE, MICHAEL W. DOYLE., ) | The Honorable Judge Der-Yeghiayan |
| PAMELA DOYLE, JOHN T DOYLE ) | |
| TRUST A, JOHN T. DOYLE TRUST B, ) | |
| and JOHN DOES 1-5, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' AGREED MOTION
FOR LEAVE TO FILE AN OVERSIZED BRIEF**

Defendants, Kevin C. Doyle, Pamela Doyle, the John T. Doyle Trust A, and the John T. Doyle Trust B (collectively, the "Doyles"), by their undersigned attorneys and with the agreement of counsel for the Plaintiff, Christian Narkiewicz-Laine, respectfully request that this Court grant them leave to file an oversized brief for their Response to Plaintiff's Motion for Partial Summary Judgment. In support of this Motion, the Doyles state as follows:

1. Plaintiff filed his Motion for Partial Summary Judgment on June 10, 2012. (Dkt. no. 66.) Prior to filing, he brought a motion for leave to file an oversize brief for his Memorandum in support of his Motion (dkt. 61), and received permission from this Court in an Order dated July 2, 2012. (Dkt. 64.)

2. Defendants also have good cause to request leave to file an oversized brief in Response to the Motion, as they have to respond to all the arguments raised by Plaintiff.

3. Plaintiff's attorney has agreed to Defendants' request that they be permitted to file a brief with an excess of five (5) pages (the same as was granted to Plaintiff), for a total of twenty (20) pages.

4.	Pursuant to Local Rule 7-1, Defendants therefore request that they be given leave to file a Response brief up to twenty (20) pages in length.

WHEREFORE, for the above and foregoing reasons, Kevin C. Doyle, Pamela Doyle, the John T. Doyle Trust A, and the John T. Doyle Trust B, respectfully request that this Court grant them an additional five (5) pages, for twenty (20) pages total, for their Response brief to Plaintiff's Motion for Partial Summary Judgment, and grant any such other relief as the Court deems fair and necessary under the circumstances.

>	Respectfully submitted,
>
>	KEVIN C. DOYLE, PAMELA DOYLE,
>	JOHN C. DOYLE TRUST A, and
>	JOHN D. DOYLE TRUST B, Defendants
>
>	By:	/s/ Saskia Nora Bryan
>		One of their attorneys

Robert S. Minetz, IRDC No. 1925563
Saskia Nora Bryan, IRDC No. 6255682
LATIMER LeVAY FYOCK LLC
55 West Monroe Street, Suite 1100
Chicago, Illinois 60603
(312) 422-8000
(312) 422-8001 (Fax)