**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS – WESTERN DIVISION**

| | | |
|---|---|---|
| CHRISTIAN K. NARKIEWITZ-LAINE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 11 CV 1826 |
| | ) | |
| KEVIN C. DOYLE, MICHAEL W. DOYLE., | ) | The Honorable Judge Philip G. Reinhard |
| PAMELA DOYLE, JOHN T DOYLE | ) | |
| TRUST A, JOHN T. DOYLE TRUST B, | ) | Magistrate Judge P. Michael Mahoney |
| and JOHN DOES 1-5, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

To: Certificate of Service

On Tuesday, **August 14, 2012,** at **10:00 a.m**., or as soon thereafter as counsel may be heard, I shall appear before the Honorable P. Michael Mahoney, or any judge sitting in his stead, via previously scheduled teleconference, and shall then and there present **Defendants' Agreed Motion for Leave to File an Oversize Brief**, copies of which are hereby served upon you.

        Respectfully submitted,

        KEVIN C. DOYLE, PAMELA DOYLE,
        JOHN C. DOYLE TRUST A, and
        JOHN D. DOYLE TRUST B, Defendants

        By: /s/ Saskia Nora Bryan
            One of their attorneys

Robert S. Minetz, IRDC No. 1925563
Saskia Nora Bryan, IRDC No. 6255682
LATIMER LeVAY FYOCK LLC
55 West Monroe Street, Suite 1100
Chicago, Illinois  60603
(312) 422-8000
(312) 422-8001 (Fax)