**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3**
**Eastern Division**

Christian K Narkiewicz–Laine
                                 Plaintiff,

v.                                                             Case No.: 1:11–cv–01826
                                                                  Honorable Philip G. Reinhard

Kevin C Doyle, et al.
                                 Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, August 14, 2012:

      MINUTE entry before Honorable P. Michael Mahoney: Telephonic Discovery hearing held on 8/14/2012. Plaintiff's Motion to file amended complaint [68] is granted. Amended complaint due by 8/21/2012. Response due by 9/11/2012. Defendant's Motion for extension of time to file response regarding MOTION by Plaintiff Christian K Narkiewicz–Laine for summary judgment [66] is granted. Responses due by 8/14/2012 Replies due by 9/10/2012. Defendants' Motion for leave to file excess pages (20 pages) [73] is granted. Telephonic Discovery Hearing set for 10/10/2012 at 10:00 AM. Telephoned notice(glg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.