**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS – WESTERN DIVISION**

| | | |
|---|---|---|
| CHRISTIAN K. NARKIEWITZ-LAINE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 11 CV 1826 |
| | ) | |
| KEVIN C. DOYLE, MICHAEL W. DOYLE., | ) | The Honorable Judge Philip G. Reinhard |
| PAMELA DOYLE, JOHN T DOYLE | ) | |
| TRUST A, JOHN T. DOYLE TRUST B, | ) | Magistrate Judge P. Michael Mahoney |
| and JOHN DOES 1-5, | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

I, the undersigned, do hereby certify that on August 14, 2012, I electronically filed the following documents with the Clerk of the above-referenced Court through the CM/ECF system:

1. Named Defendants' Response to Plaintiff's Motion for Partial Summary Judgment;
2. Named Defendants' Response to Plaintiff's Rule 56.1 Statement of Facts and Statement of Additional Facts that Require Denial of Summary Judgment;
3. Named Defendants' Submission of Evidence in Support of their Response to Plaintiff's Motion for Partial Summary Judgment; and
4. this Certificate of Service,

which will send notification of such filing and serve copies of the same on the following:

      Christopher John Robinson – chrisrobinson@dwt.com
      James M. Wolf – wolf_james@msn.com;
      James H. Wolf - jhwolf@wolfandtennant.com

                                 Respectfully submitted,

                                 KEVIN C. DOYLE, PAMELA DOYLE,
                                 JOHN T. DOYLE TRUST A, and
                                 JOHN T. DOYLE TRUST B, Defendants

                                 By: /s/ Saskia Nora Bryan
                                 One of their attorneys

Robert S. Minetz, IRDC No. 1925563
Saskia Nora Bryan, IRDC No. 6255682
LATIMER LeVAY FYOCK LLC
55 West Monroe Street, Suite 1100
Chicago, Illinois  60603
(312) 422-8000