# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS – WESTERN DIVISION

| | | |
|---|---|---|
| CHRISTIAN K. NARKIEWITZ-LAINE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 11 CV 1826 |
| | ) | |
| KEVIN C. DOYLE, MICHAEL W. DOYLE., | ) | The Honorable Judge Philip G. Reinhard |
| PAMELA DOYLE, JOHN T DOYLE | ) | |
| TRUST A, JOHN T. DOYLE TRUST B, | ) | Magistrate Judge P. Michael Mahoney |
| and JOHN DOES 1-5, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF FILING

To:     See Certificate of Service

PLEASE TAKE NOTICE that on September 11, 2012, we filed with the United States District Court for the Northern District of Illinois, Western Division, this Notice of Filing, Certificate of Service, and Defendant's Answer to Plaintiff's Second Amended Complaint, copies of which are hereby served upon you.

                        Respectfully submitted,

                        KEVIN C. DOYLE, MICHAEL W. DOYLE,
                        PAMELA DOYLE, JOHN T. DOYLE TRUST A,
                        and JOHN T. DOYLE TRUST B, Defendants

                        By:     /s/ Saskia Nora Bryan
                              One of their attorneys

Robert S. Minetz, IRDC No. 1925563
Saskia Nora Bryan, IRDC No. 6255682
LATIMER LeVAY FYOCK LLC
55 West Monroe Street, Suite 1100
Chicago, Illinois  60603
(312) 422-8000
(312) 422-8001 (Fax)

David P. Faulkner
FAULKNER LAW FIRM
6832 Stalter Drive
Rockford, Illinois  61108
(815) 963-8050