## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Christian K Narkiewicz–Laine

                            Plaintiff,

v.                                                     Case No.: 1:11–cv–01826

                                                       Honorable Philip G. Reinhard

Kevin C Doyle, et al.

                            Defendant.


### NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Monday, December 17, 2012:

      MINUTE entry before Honorable P. Michael Mahoney: Telephonic Discovery hearing held on 12/17/2012. Settlement Conference set for 2/21/2013 at 01:30 PM. Real parties in interest to be present. Counsel to submit a 3 page position paper indicating liability and any settlement negotiations to the court by 2/2/13. At the request of the District Court, the Magistrate Judge invites Keith Carlson, Carlson Law Offices, 6 W. Hubbard St., 8th Floor, Chicago, IL 60654, phone number 312–627–1212 to participate on behalf of the carrier in the deck action. No position paper is necessary from the carrier. Mailed notice(glg, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.