# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Christian K Narkiewicz–Laine
                                    Plaintiff,

v.                                  Case No.: 1:11–cv–01826
                                    Honorable Philip G. Reinhard

Kevin C Doyle, et al.
                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 26, 2013:

   MINUTE entry before Honorable P. Michael Mahoney: Telephonic discovery hearing held on 8/26/2013. Telephonic discovery hearing set for 10/28/2013 at 10:00 AM. mailed notice(nm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.