

27th Floor
1633 Broadway
New York, NY 10019-6708

**Christopher J. Robinson**
212-603-6441 tel
212-489-8340 fax

chrisrobinson@dwt.com

January 17, 2014

Hon. Magistrate Judge P. Michael Mahoney
United States District Court
Northern District of Illinois
Rockford Courthouse
211 South Court Street
Rockford, IL 61101

Re: <u>*Narkiewicz-Laine v. Doyle, et al.* – 11-cv-1826</u>

Dear Judge Mahoney:

We represent the plaintiff, Mr. Narkiewicz-Laine, in the above-captioned action. We write on behalf of counsel for all parties to request a brief extension of the deadlines set forth in this Court's December 12, 2013 Order.

In the Order, the close of fact discovery was reset at February 18, 2014 to accommodate defendants' request to depose two fact witnesses, Lary Sommers and Iannis Karalias. Mr. Karalias is an important witness for the plaintiff. As your Honor is aware, Mr. Karalias lives and works most of the year in Greece and for tax reasons is not able to spend more than a certain number of days in the United States, time already scheduled for work commitments. Mr. Karalias is, however, scheduled to return to the United States in mid-March for an exhibition and is available for deposition in Chicago on March 13, a date agreeable to defendants' counsel. To save costs, we have proposed, and defendants' counsel agrees, to schedule the deposition of Mr. Sommers at around the same time. Accordingly, we respectfully request that the close of fact discovery be adjourned for 30 days to **March 20, 2014**.

Pursuant to the Order, plaintiff's FRCP 26(a)(2) disclosure is currently due March 17, 2014, only days after the new proposed dates for fact depositions. Because of the importance of preparing Mr. Karalias and the possibility that Mr. Karalias's responses concerning plaintiff's career and art may have a bearing on issues relevant to the expert reports, we request that all deadlines in the Order be adjourned for the same 30 day period. FRCP 26(a)(2) disclosure would be due **4/16/14**; deposition of plaintiff's FRCP 26(a)(2) experts would be taken by **5/17/2014**. The telephonic discovery hearing currently set for 3/19/2014 at 9.45, immediately following plaintiff's disclosure, would be rescheduled to **4/17/2014 at 9.45** or a day and time soon thereafter suitable to the Court.

| Anchorage | New York | Seattle |
| Bellevue | Portland | Shanghai |
| Los Angeles | San Francisco | Washington, D.C. |

www.dwt.com

Hon. Magistrate Judge P. Michael Mahoney
January 17, 2014
Page 2

Respectfully submitted,

Christopher J. Robinson

CJR/lp
cc: Counsel of Record.

_____

So Ordered