# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | | |
|---|---|---|
| Christian K. Narkiewicz-Laine, | ) | |
|     Plaintiff, | ) | Case No: 1:11 cv 01826 |
| | ) | |
| v. | ) | |
| | ) | Magistrate Judge: Iain D. Johnston |
| Kevin C Doyle, et al., | ) | |
|     Defendants. | ) | |

## ORDER, REPORT AND RECOMMENDATION

The plaintiff's motion for leave to file amended Rule 56.1 statements of additional facts [210] is unopposed and granted. The amended statements of additional facts shall be filed as a separately-docketed entry by 5/27/2016. Presentment of the motion for leave set for 6/2/2016 is stricken and no appearance is required on that date. It is this Court's Report and Recommendation that the district court strike as moot the defendants' motion to strike the plaintiff's original Rule 56.1 statements of additional facts [206]. Any objection to this Report and Recommendation must be filed by 6/10/2016. Failure to object may constitute a waiver of objections on appeal. *See Provident Bank v. Manor Steel Corp.*, 882 F.2d 258, 260 (7th Cir. 1989).

Date: May 26, 2016                                                          /s/ Iain D. Johnston
                                                                                           U.S. Magistrate Judge