# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| Christian K. Narkiewicz-Laine, | ) | |
|---|---|---|
| *Plaintiff*, | ) | |
| v. | ) | Case No: 11 C 1826 |
| Kevin C. Doyle, et al., | ) | |
| *Defendants*. | ) | Judge Frederick J. Kapala |

## ORDER

Before the court is a report and recommendation ("R&R") [214] from the magistrate judge recommending that this court strike as moot defendants' motion to strike plaintiff's original Rule 56.1 statement of additional facts [206]. Any objection was to be filed by June 10, 2016, and no objection has been received. Having reviewed the R&R and finding no error, the court adopts the R&R in full and strikes as moot defendants' motion to strike [206].

Date: 6/15/2016                    ENTER:

_____
FREDERICK J. KAPALA
District Judge