**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2**
**Eastern Division**

Christian K Narkiewicz–Laine

       Plaintiff,

v.             Case No.: 1:11–cv–01826
             Honorable Frederick J. Kapala

Kevin C Doyle, et al.

       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, October 3, 2017:

   MINUTE entry before the Honorable Frederick J. Kapala: Jury deliberation continued. Jury verdict in favor of plaintiff, Christian K. Narkiewicz–Laine, and against defendants, Kevin C. Doyle, Pamela Doyle, John T. Doyle Trust A, and John T. Doyle Trust B, in the amount of $120,000.00 on plaintiffs visual artists right act claim and $300,000.00 on plaintiffs trespass, conversion, and negligence claims. Jury trial ends. Defendants' oral motion to withhold judgment on the verdict is granted. Plaintiffs position paper on the jury verdict to be filed by October 10, 2017, and defendants' response to be filed by October 31, 2017. The matter will then be under advisement. Mailed notice(sb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.